REITANO, SPATA & ASSOCIATES
7016 18TH AVENUE
BROOKLYN, NEW YORK 11204
718-236-7600
FAX 718-232-2330

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JAN 27 2006 ★

BROOKLYN OFFICE

January 20, 2006

VIA FACSIMILE 2 pages
(718)613-2386
Judge Allyne Ross
United States District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

*[Handwritten: Application granted. So ordered. s/Allyne Ross, USDJ 1/23/06   CC: Counsel, PTSO Ilaria]*

RE: United States v. Salvatore Cannistraci

Dear Judge Ross:

    With regards to the above-referenced matter I write this letter requesting an order by the Court to grant my client, Salvatore Cannistraci's request to be able to live with his family. I have attached a copy Mr. Cannistraci's Pre-Trial Release Reporting Instructions, where it states that the defendant cannot have contact with co-defendants except his brother Vincent Cannistraci. I have taken this matter up with the Assistant United States Attorney Scott Morvillio and he represented to me that he did not have a problem, However last week I made a request on behalf of my client for permission to have Sunday dinner with his family and he was denied by Pre-Trial Services.

    Furthermore, he is currently living with his Aunt and Uncle and they seem to not want the Defendant living in their home with their children

    Your Honor, since he is able to have contact with his brother pursuant to the Pre-Trial instructions set by Pre-Trial Services, I ask on behalf of my client Salvatore Cannistraci to allow him to live with his family, during the course of this process.

    Thanking you in advance for you anticipated cooperation with regards to this matter should you have any further questions please do not hesitate to contact my office.

Very truly yours,

Vincent F. Spata, Esq.

CC:    Assistant United States Attorney Scott Morvillio    (718) 254-6327