D/F

05cr842

REITANO, SPATA & ASSOCIATES
7016 18TH AVENUE
BROOKLYN, NEW YORK 11204
718-236-7600
FAX 718-232-2330

March 9, 2006

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT. E.D.N.Y.
★ MAR 14 2006 ★
BROOKLYN OFFICE

Via ECF and Regular Mail and Facsimile
718-613-2386
Judge Allyne Ross
United States District Court Easter District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

RE: United States v. Salvatore Cannistraci

*Application granted from 9 – 10:30 AM. So ordered.*
s/Allyne Ross
3/9/06
CC: Counsel
PTSO Illaria

Dear Judge Ross.

I write this letter to make an application to the Court for my client to have permission to be allowed to attend Sunday Mass with his family every Sunday from the hours 9:00 A.M. to 12:00 P.M. @ Saint Helens Roman Catholic Church located at Howard Beach, New York.

I have addressed this issue with Pre-Trial Services and their position is that will consent provided that my client furnishes their office with some sort of proof that he has in fact attended said masses. As far as my client is concerned we have no objection to Pre-Trial's request for said proof.

Furthermore, I have contacted Assistant United States Attorney Scott Morvillo, However is currently on trial. I am currently awaiting his return call to ascertain if he will consent to said request. AUSA Morvillo is still on trial, as a result as of the date of this letter I have still not spoken to Scott Morvillo to gain his consent.

Thanking you in advance for your anticipated cooperation, should you have any further questions please do not hesitate to contact my office.

Very truly yours,

Vincent F. Spata, Esq.

CC:   Assistant United States Attorney Scott Morvillio 718-254-6327
      Pre-Trial Officer Michael Illaria                  718-613-2488

C/m