DF

## REITANO, SPATA & ASSOCIATES
### 7016 18TH AVENUE
### BROOKLYN, NEW YORK 11204
### 718-236-7600
### FAX 718-232-2330

MAY 19, 2006

May 10, 2006

VIA FACSIMILE
718-613-2386
The Honorable Judge Allyne Ross
United States District Court Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

RE: United States v. Salvatore Cannistraci

Dear Honorable Judge Ross:

*[Handwritten annotations: Application granted. So ordered. s/Allyne Ross 5/10/06  05 CR 842(ARR)  USDJ  cc: Counsel, PTSO Illaria]*

This letter is to confirm our conversation yesterday at the conclusion of the hearing between Your Honor, AUSA Scott Morvillo and my self where the government had no objection to my client Salvatore Cannistraci being release from his electronic monitoring system. During said conversation Your Honor stayed the order removing the electronic monitoring system from my client pending Pre-Trial Services consent.

As per a telephone conversation with AUSA Scott Morvillo yesterday afternoon where he represented to me that Mr. Cannistraci's Pre-Trial Officer, Michael Illaria had consented to said application by the Defendant provided that Mr. Cannistraci report to Pre-Trial Services as directed, furthermore, the Defendant will stipulate to Pre-Trial Services request of reporting as directed.

As a result the Defendant, Mr. Salvatore Cannistraci respectfully requests that his application to have his electronic monitoring system removed be granted with the condition that he shall report to Pre-Trial Services as directed by his Pre-Trial Officer Michael Illaria.

Thanking you in advance for your anticipated cooperation, should you have any further questions please do not hesitate to contact my office.

Very truly yours,

Vincent F. Spata, Esq.

CC:  AUSA Scott Morvillo (718) 254-6327
     Pre-Trial Officer Michael Illaria (718)613-2488